**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DEBORAH A. SAMPSON,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　**Case No.  8:04-cv-1313-T-27TBM**

**USF STUDENT HEALTH SERVICES**
**UNIVERSITY OF SOUTH FLORIDA,**

    **Defendant.**
_____/

**O R D E R**

THIS MATTER is before the court on **Plaintiff Deborah A. Sampson's Third Motion to Compel Discovery & Request for Reconsideration** (Doc. 25) and Defendant's response in opposition (Doc. 28). By her motion, Plaintiff requests the court to open, vacate and reverse its Order denying her Second Motion to Compel (Doc. 23), pursuant to Federal Rule of Civil Procedure 60(b). Plaintiff submits the affidavit of Olympia Malone in support thereof. (Doc. 26). Defendant urges the court to deny Plaintiff's motion for failure to comply with Rule 60 and certain local rules. It also argues that the information Plaintiff seeks is irrelevant and protected by the attorney-client privilege. (Doc. 28).

Upon consideration, the court finds that Plaintiff has failed to demonstrate adequate grounds for the court to vacate its previous Order. As the Defendant notes, Plaintiff does not clearly state the basis for her reliance on Rule 60(b). Additionally, even assuming that she had, Plaintiff fails to demonstrate the relevance of documents concerning Ms. Malone. As indicated in the court's previous Order (Doc. 23), Plaintiff's request exceeds the relevant

temporal scope of this case. As Ms. Malone was employed with and terminated by Defendant over twelve years ago, see (Doc. 26), any complaints of race discrimination by Ms. Malone and responses to such complaints by Defendant are too temporally unrelated to Plaintiff's complaints and Defendant's defenses thereto to have any probative value in this case. Accordingly, it is **ORDERED** that **Plaintiff Deborah A. Sampson's Third Motion to Compel Discovery & Request for Reconsideration** (Doc. 25) is **DENIED**.

**Done and Ordered** in Tampa, Florida, this 27th day of April 2005.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record